[No. 438-3.    Division Three.    February 26, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DON ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Yak-

ima County, No. 13654, Lloyd L. Wiehl, J., entered June 25, 1971. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.